No. 89–129.   GOLDBERG v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 89–130.   FLOWERS v. CITY OF COLLEGE STATION, TEXAS. C. A. 5th Cir.   Certiorari denied.

No. 89–131.   STORIE, SHERIFF OF THURSTON COUNTY, NEBRASKA, ET AL. v. DUNCAN.   C. A. 8th Cir.   Certiorari denied.

No. 89–132.   VACCARO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–133.   ERLANDSON ET AL. v. TEXAS.   Ct. App. Tex., 14th Dist.   Certiorari denied.

No. 89–135.   HOLROYD v. CALIFORNIA.   App. Dept., Super. Ct. Cal., Los Angeles County.   Certiorari denied.

No. 89–136.   HARNEY & MOORE ET AL. v. FINEBERG.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–137.   LOWRY v. BANKERS LIFE & CASUALTY RETIREMENT PLAN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–138.   REINIG v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 89–139.   HOLMES v. HOLMES.   Sup. Ct. Va.   Certiorari denied.

No. 89–140.   RAJPUT v. RAJPUT.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–141.   MULLEN v. GALATI ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–145.   TEXAS FRUIT PALACE, INC. v. STEGER, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–146.   PRODUCTION MACHINERY CORP. v. TANGO.   Ct. App. Ohio, Lake County.   Certiorari denied.